FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 12 2008

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GERALD DEMARSH, SR., | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07CV173 |
| v. | § | |
| | § | |
| HEALTHNET FEDERAL SERVICES, | § | |
| INC., et al., | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 24, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Request for Transfer of Venue (Dkt. 5) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Request for Transfer of Venue (Dkt. 5) is DENIED.

**IT IS SO ORDERED.**

SIGNED this 11th day of March, 2008.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE